1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7065
7     FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,     )   No. CR-05-00349-VRW
                                  )
15       Plaintiff,                )   [PROPOSED] ORDER EXCLUDING
                                  )   TIME UNDER THE SPEEDY TRIAL ACT
16       v.                        )
                                  )
17  JOHN KAROW, JR.,              )
                                  )
18       Defendant.                )
                                  )
19  _____)

20       This matter came on the calendar of the Honorable Vaughn R. Walker on June 21, 2005.

21  At the parties' request, the Court continued the matter until August 2, 2005 at 10:30 a.m.

22       The parties requested an exclusion of time under the Speedy Trial Act from June 21

23  through August 2, 2005 based upon the need for effective preparation of counsel and continuity

24  of counsel.  The government is in the process of providing discovery to the defense.  This

25  discovery, especially the computer discovery, is voluminous.  The defendant's counsel will need

26  ample time to review this discovery.  Additionally, defense attorneys Nanci Clarence and Joshua

27  Lerner are beginning a trial on July 11, 2005 that is anticipated to last at least two weeks.  Thus,

28  the next available date on the Court's calendar that is agreeable to the defense is August 2, 2005.

ORDER EXCLUDING TIME
No. CR-05-00349-VRW

1  Therefore, the parties are requesting an exclusion of time.  The parties agree that the time from
2  June 21 through August 2, 2005 should be excluded in computing the time within which trial
3  shall commence.  See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).
4       Accordingly, the Court HEREBY ORDERS that the time from June 21 through August 2,
5  2005,  is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure
6  to grant the requested exclusion would deny the defendant continuity of counsel and reasonable
7  time necessary for effective preparation, taking into account the exercise of due diligence.  See
8  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by granting the
9  requested exclusion outweigh the best interest of the public and the defendant in a speedy trial
10 and in the prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court
11 therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
12 SO ORDERED.
13
14 DATED:June 29, 2005                                    _____
15                                                        HONORABLE VAUGHN WALKER
                                                         CHIEF UNITED STATES DISTRICT JUDGE
16
17 Approved as to form:
18
19 /s/ Joshua Lerner
   NANCI CLARENCE, ESQ. or
20 JOSHUA LERNER, ESQ.
   Attorneys for Defendant
21
22
   /s/ Monica Fernandez
23 MONICA FERNANDEZ
   Assistant United States Attorney
24
25
26
27
28

ORDER EXCLUDING TIME
No. CR-05-00349-VRW                    2