KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7065
  FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00349-VRW (MEJ) |
| Plaintiff, ) | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| JOHN KAROW, JR., ) | |
| Defendant. ) | |

　　　　This matter came on the calendar of the Honorable Maria Elena James on June 6, 2005. At that time, the defendant, John Karow, Jr., was arraigned on the June 2, 2005 indictment.

　　　　The matter was placed on Chief Judge Walker's calendar for June 20, 2005. The parties requested an exclusion of time under the Speedy Trial Act from June 6 through June 20, 2005 based upon the need for effective preparation of counsel. The government will be providing discovery to the defense. The defendant's counsel needs time to review this discovery. Therefore, the parties are requesting an exclusion of time. The parties agree that the time from June 6 through June 20, 2005 should be excluded in computing the time within which trial shall commence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

ORDER EXCLUDING TIME
No. CR-05-00349-VRW (MEJ)

1  Accordingly, the Court HEREBY ORDERS that the time from June 6 through June 20,
2  2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure
3  to grant the requested exclusion would deny the defendant reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §
5  3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by granting the requested
6  exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the
7  prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore
8  concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
9  SO ORDERED.

11  DATED: June 28, 2005

NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

14  Approved as to form:

16  /s/ Nanci Clarence
NANCI CLARENCE, ESQ.
17  Attorney for Defendant

19  /s/ Monica Fernandez
MONICA FERNANDEZ
20  Assistant United States Attorney

ORDER EXCLUDING TIME
No. CR-05-00349-VRW (MEJ)                   2