1  Nanci Clarence, SBN 122286
   Joshua H. Lerner SBN 220755
2  CLARENCE & DYER LLP
   899 Ellis Street
3  San Francisco, CA 94109
   Telephone: (415) 749-1800
4  Facsimile:  (415) 749-1694

5  Attorneys for Defendant John Karow

6

7
                        UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN FRANCISCO DIVISION
10

11 | UNITED STATES OF AMERICA,           ) Case No.:  CR-05-00349 (VRW)
12 |                                     )
   |             Plaintiff,              ) REQUEST FOR ORDER
13 |                                     ) PERMITTING TRAVEL;
   | v.                                  ) [PROPOSED] ORDER
14 |                                     )
   | JOHN KAROW,                         ) [Local Crim. R. 8-1]
15 |                                     )
   |             Defendant.              )
16

17       Defendant John Karow, by and through undersigned counsel, hereby submits this
18 request for an order permitting travel beyond the jurisdiction specified in his pretrial release
19 order.  Mr. Karow requests permission to travel to Lake Tahoe, California (July 22 - 24).
20       Mr. Karow is not a flight risk.  The pretrial officer, Victoria Gibson, does not object to
21 the instant request.  Mr. Karow has agreed to provide the pretrial officer with a detailed
22 itinerary including address(es) and telephone(s) numbers where he will be staying.  A copy of
23 the itinerary is attached hereto.
24 ///
25 ///
26 ///
27 ///
28 ///

1 |     Undersigned counsel has spoken with the government, AUSA Monica Fernandez, who
2 | does not object to the instant request.

3 | Dated: 7/14/05

                                      Monica Fernandez, AUSA

7 | Dated: July 13, 2005

                                      Nanci L. Clarence
                                      Joshua H. Lerner
                                      Clarence & Dyer LLP
                                      Attorneys for Defendant
                                      John Karow

TOTAL P.02

## [PROPOSED] ORDER

Good cause having been shown, the Court hereby GRANTS defendant John Karow's request to travel to Lake Tahoe, California (July 22 to 24) during his pre-trial release, on the condition that Mr. Karow provide the pretrial officer with a detailed itinerary including address(es) and telephone number(s) where he will be staying.

**So ordered.**

Dated: July 20, 2006

United States Magistrate Judge
NANDOR VADAS

July 13, 2005

FAX – 415-436-7517

Ms. Victoria Gibson
U. S. Pretrial Services Officer

Dear Victoria:

As I mentioned in my check-in call, Mr. Donald Bird and his wife, Chris, have invited me and my wife to join them at a rental cabin on the California side of Lake Tahoe for the weekend of July 22nd to 24th. Don is one of the Friend references I gave you in my response to your questionnaire.

The cabin is located at 8491 Meeks Bay Ave., Meeks Bay/Tahoma, CA 96142. The telephone number there is 530-525-5788. This is on the Western shore of Lake Tahoe, between Tahoe City and South Lake Tahoe. We would leave home Friday around noon and return late afternoon on Sunday, and it would be for R & R at the cabin and the nearby beach, not at the casinos on the Nevada side.

You can reach Don Bird or his wife Christine at 925-449-1035 for verification if you wish. I hope this request does not involve great effort on your part, but will sincerely appreciate your help in gaining approval.

Sincerely,

John Karow, Jr.
650-592-5825 voice
650-592-6697 FAX

Copy: Joshua Lerner, Esq.