1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

3   EUMI L. CHOI (WVBN 0722)
    Chief, Criminal Division

4   MONICA FERNANDEZ (CSBN 168216)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone: (415) 436-7065

7       FAX: (415) 436-7234

8   Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )   No. CR 05-00349 VRW
                                     )
13          Plaintiff,               )   STIPULATION AND PROTECTIVE
                                     )   ORDER RE: DISCOVERY OF
14      v.                           )   CHILD PORNOGRAPHY
                                     )
15  JOHN KAROW, JR.,                 )
                                     )
16          Defendant.               )
                                     )
17                                   )
    _____ )

18

19          John Karow, Jr. is charged in a three-count indictment with: (1) transportation of child

20  pornography in violation of 18 U.S.C. § 2252A(a)(1); (2) attempted receipt of child porngraphy

21  in violation of 18 U.S.C. § 2252A(a)(2); and (3) possession of child pornography in violation of

22  18 U.S.C. § 2252A(a)(5)(B).  The United States will produce to counsel for the defendant in this

23  case a mirror image of all digital media that was seized from the defendant, including digital

24  media that contains images of child pornography.  Pursuant to the child victim privacy

25  provisions of 18 U.S.C. § 3509(d) and Federal Rule of Criminal Procedure 16, the parties

26  stipulate, and the Court orders, that disclosure of these materials shall be subject to the following

27  restrictions:

28

No. CR 05-00349 VRW
STIP. & [PROPOSED] PROTECTIVE ORDER
RE: DISCOVERY OF CHILD PORNOGRAPHY

1.      Except when being actively examined for the purpose of the preparation of the defense of defendant John Karow, Jr., the digital media produced by the United States to defense counsel, Nanci Clarence and Joshua Lerner, shall be maintained in a locked, safe, and secure drawer, cabinet, or safe which is accessible only to defense counsel, their investigator, or their expert. Defense counsel, their investigator, and their expert shall not permit any person access of any kind to the digital media except as set forth below.

2.      The following individuals may examine the digital media for the sole purpose of preparing the defense of defendant John Karow, Jr. and for no other purpose:

      a)      Counsel for defendant, Nanci Clarence and Joshua Lerner;

      b)      Defendant John Karow, Jr., but only in the presence of his attorney(s);

      c)      One expert retained by the defendant to assist in the defense of this matter; and

      d)      One investigator retained by the defendant to assist in the defense of this matter.

If defense counsel determine that additional experts are needed to review the material, they must obtain a further order of the Court before allowing any other individual to review the material.

3.      A copy of this order shall be maintained with the digital media at all times.

4.      All individuals other than defense counsel and Mr. Karow who receive access to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign a copy of this Order acknowledging that

      a)      they have reviewed the Order;

      b)      they understand its contents;

      c)      they agree that they will only access the digital media for the purposes of preparing a defense for defendant Karow;

      d)      they will not make any copies of any image files within the digital media without further order of the Court;

      e)      they will not access the digital media from any computer that is connected

1    to the internet or to any local network; and

2    f)    they understand that failure to abide by this Order may result in sanctions

3    by this Court and in state or federal criminal charges for possession or

4    dissemination of child pornography.

5    Counsel for the defendant shall promptly file with the Court signed acknowledgments of this

6    Order, ex parte and, at counsel's discretion, under seal.

7    5.    No other person may be allowed to examine the material without further court

8    order.  Examination of the digital media shall be done in a secure environment which will not

9    expose the materials to other individuals not listed above.

10    6.    No copies of any image files contained in the digital media may be made without

11    further court order.  The prohibition on copying includes (1) printing out images onto paper or

12    film and (2) duplicating the images in any digital format.  Non-image files such as word

13    processing files, emails, and other text files may be duplicated to the extent necessary to prepare

14    the defense of this matter.

15    7.    The computer from which the digital media will be accessed shall not be

16    connected to the Internet or to any other computer network.

17    8.    Any pleadings that include or make reference to the above-described materials or

18    their contents shall be filed under seal.

19    9.    Within five court days of the judgment and sentencing hearing in this matter, all

20    material provided to defense counsel pursuant to this Order, and all other authorized copies, if

21    any, shall be returned to the United States.  The United States shall destroy them.  If defendant

22    believes that he must maintain the material for any reason related to appeal, defendant must seek

23    //

24    //

25    //

26    //

27    //

28

No. CR 05-00349 VRW
STIP. & [PROPOSED] PROTECTIVE ORDER
RE: DISCOVERY OF CHILD PORNOGRAPHY        3

1  //

2  authorization from the District Court within five days of the sentencing and judgment in this

3  matter.

4  STIPULATED:

5

6

   DATED: 8/8/2005                        /s/ Nanci Clarence
7                                         NANCI CLARENCE, ESQ.
                                          Clarence & Dyer, LLP
8

9  DATED: 8/8/2005

10                                        /s/ Joshua Lerner
                                          JOSHUA LERNER, ESQ.
11                                        Clarence & Dyer, LLP
                                          Attorneys for defendant Karow
12

13 DATED: 8/11/2005                       /s/ Monica Fernandez
                                          MONICA FERNANDEZ
14                                        Assistant United States Attorney

15

16 IT IS ORDERED.

17 DATED:  August 15, 2005

18                                        HON. BERNARD ZIMMERMAN
                                          United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

No. CR 05-00349 VRW
STIP. & [PROPOSED] PROTECTIVE ORDER
RE: DISCOVERY OF CHILD PORNOGRAPHY        4