IT IS SO ORDERED
Judge Vaughn R Walker

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7065
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR-05-00349-VRW
                                     )
15       Plaintiff,                  )   [PROPOSED] ORDER EXCLUDING
                                     )   TIME UNDER THE SPEEDY TRIAL ACT
16       v.                          )
                                     )
17  JOHN KAROW, JR.,                 )
                                     )
18       Defendant.                  )
                                     )
19  _____)

20       This matter came on the calendar of the Honorable Vaughn R. Walker on August 2, 2005.

21  At the parties' request, the Court continued the matter until August 30, 2005 at 10:30 a.m.

22       The parties requested an exclusion of time under the Speedy Trial Act from August 2

23  through August 30, 2005 based upon the need for effective preparation of counsel.  The

24  government has provided initial discovery to the defense.  The remaining discovery consists of

25  protected images which must be produced pursuant to a protective order.  The parties are in the

26  process of finalizing a protective order and will submit a final protective order to the duty

27  Magistrate Judge as soon as possible.  The protected discovery is voluminous and will take

28  significant time for counsel to review.  Therefore, the parties are requesting an exclusion of time.

ORDER EXCLUDING TIME
No. CR-05-00349-VRW

1   The parties agree that the time from August 2 through August 30, 2005 should be excluded in
2   computing the time within which trial shall commence.  See 18 U.S.C. § 3161(h)(8)(A) and
3   (B)(iv).
4       Accordingly, the Court HEREBY ORDERS that the time from August 2 through August
5   30, 2005, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the
6   failure to grant the requested exclusion would deny the defendant reasonable time necessary for
7   effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §
8   3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by granting the requested
9   exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the
10  prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore
11  concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
12  SO ORDERED.
13
14  DATED  August 16, 2005          /s/  Vaughn R. Walker
                                    HONORABLE VAUGHN R. WALKER
15                                  CHIEF UNITED STATES DISTRICT JUDGE
16
17  Approved as to form:
18
19  /s/ Joshua Lerner
    NANCI CLARENCE, ESQ. or
20  JOSHUA LERNER, ESQ.
    Attorneys for Defendant
21
22
     /s/ Monica Fernandez
23  MONICA FERNANDEZ
    Assistant United States Attorney
24
25
26
27
28

ORDER EXCLUDING TIME
No. CR-05-00349-VRW                         2