E-Filing

Nanci Clarence, SBN 122286
Joshua H. Lerner SBN 220755
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile:  (415) 749-1694

Attorneys for Defendant John Karow

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.:  CR-05-00349 (VRW) |
|---|---|---|
| Plaintiff, | ) ) | **REQUEST FOR ORDER PERMITTING TRAVEL;** |
| v. | ) ) | **[PROPOSED] ORDER** |
| JOHN KAROW, | ) ) | [Local Crim. R. 8-1] |
| Defendant. | ) ) | |

    Defendant John Karow, by and through undersigned counsel, hereby submits this request for an order permitting travel beyond the jurisdiction specified in his pretrial release order. Mr. Karow requests permission to travel to Yosemite National Park, California (October 10- 12).

    Mr. Karow is not a flight risk. The pretrial officer, Victoria Gibson, does not object to the instant request. Mr. Karow has agreed to provide the pretrial officer with a detailed itinerary including address(es) and telephone(s) numbers where he will be staying. A copy of the his letter to Victoria Gibson is attached hereto.

///

///

///

///

1  ///
2
3      Undersigned counsel has spoken with the government, AUSA Monica Fernandez, who
4  does not object to the instant request.
5
6  Dated: 9/21/05

Monica Fernandez, AUSA

9  Dated: 7/16/05

Nanci L. Clarence
Joshua H. Lerner
Clarence & Dyer LLP
Attorneys for Defendant
John Karow

**[PROPOSED] ORDER**

Good cause having been shown, the Court hereby GRANTS defendant John Karow's request to travel to Yosemite, California (October 10-12) during his pre-trial release, on the condition that Mr. Karow provide the pretrial officer with a detailed itinerary including address(es) and telephone number(s) where he will be staying.

**So ordered.**

Dated: 9/23/05

United States Magistrate Judge

September 7, 2005

FAX – 415-436-7517

Ms. Victoria Gibson
U. S. Pretrial Services Officer

Dear Victoria:

As I mentioned in my check-in call, it has been our long-time custom to celebrate my October 9th birthday (68th, this year) with a visit to Yosemite National Park, in my opinion the most beautiful and restorative place on earth. Despite the fact that this birthday coincides with the Columbus Day weekend, we were very fortunate to obtain reservations for a Curry Village cabin on the nights of Monday and Tuesday, October 10th and 11th. A copy of their confirmation accompanies this FAX. Please note, there is a 10-day cancellation clause, which is why this request is made so early.

If you and the Court have no objection, my wife and I will leave home early on Monday morning and drive directly to the valley at Yosemite. We will remain inside the park until we return home by nightfall, Wednesday, October 12th. While en route and in Yosemite, we might be reached by mobile phone (650-868-6053 or 650-504-4835). We will also often check for messages at the Curry Village reception desk (209-372-8333 or 209-372-1001) since there are no in-room phones.

My Attorney, Joshua Lerner, will contact you before submitting a Request For Order to the court. We would sincerely appreciate your cooperation.

Respectfully,


John Karow, Jr.
650-592-5825: voice
650-592-6697: FAX


Copy: Joshua Lerner, Esq.
414-749-1800: voice
415-749-1694: FAX

**Delaware North Companies**
PARKS & RESORTS

June 27, 2005

John Karow
8 Antique Forest Ln
Belmont, CA 94002

RE: 72C055

Dear Mr. Karow

Responsible Party:    Karow, John
Person staying in room:  Karow, John

We have received your deposit of $-118.80 and are pleased to confirm your reservations for Yosemite National Park.

Please Note:

We are holding 1 Curry - Cabin w/Bath 1Dbl/s for you, with an arrival date of Monday, October 10, 2005 and departure on Wednesday, October 12, 2005 for a total stay of 2 night/s. Rates are subject to change with National Park Service approval.

*[handwritten: 70 B]*

You are responsible for the first night's room plus tax on each room we are holding for you. Should you desire to change or cancel your reservations, please remember that we do require notice of 10-days prior to your arrival for a refund. For more information on what to do in Yosemite, please visit our official website at www.yosemitepark.com.

Please see the back of this letter for important policy and park information. Enclosed is a brochure for Travel Guard Insurance. Cancellation policy is enforced with no exceptions. We offer overnight guests the opportunity to protect their travel investment by purchasing a low-cost comprehensive travel insurance plan. Please see attached flyer for claim-covered reasons.

Highway 120 (Tioga Pass) is closed during the fall season through late spring. Carry snow chains in your vehicle as they may become mandatory at any time during the winter season. Please call (209) 372-0200 for current road and weather conditions.

We look forward to your visit and wish to thank you again for choosing Yosemite National Park as your destination.

Sincerely,

Delaware North Companies Parks and Resorts at Yosemite

14

DNC PARKS & RESORTS AT YOSEMITE, INC.
AN AUTHORIZED NATIONAL PARK SERVICE CONCESSIONER
Reservations Office
6771 North Palm Avenue   Fresno, California 93704.
559/252-4848   www.YosemitePark.com
THE AHWAHNEE   CURRY VILLAGE   YOSEMITE LODGE   WAWONA HOTEL & GOLF   HIGH SIERRA CAMPS   TUOLUMNE MEADOWS LODGE   BADGER PASS SKI AREA

Printed on recycled paper with soy based ink

**PROOF OF SERVICE**

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, CA 94109; I am employed in the City and County of San Francisco, California.

On September 21, 2005 I served a copy, with all exhibits, of the following document(s):

- REQUEST FOR ORDER PERMITTING TRAVEL; [PROPOSED] ORDER

To be served on the parties or attorneys in this action as follows:

__X__ **(BY FAX)** By use of facsimile machine telephone number (415) 749-1694, I served a copy of the above stated document(s) on the above stated parties. The facsimile machine I used to complied with the California Rules of Court, rule 2003 and no error was reported by the machine.

__X__ **(BY ELECTRONIC SERVICE)** I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing to the addressee(s) noted below.

Monica Fernandez  
Assistant United State Attorney  
Northern District of California  
450 Golden Gate Avenue, 11th Floor  
San Francisco, CA 94102  
Email: Monica.L.Fernandez@usdoj.gov  
Fax: (415) 436-7234

Victoria Gibson  
U.S. Pretrial Services Officer  
Fax: (415) 436-7517

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 20, 2005.

/s/: Abbie Chin  
ABBIE CHIN