KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7065
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>  v. )<br>)<br>JOHN KAROW, JR., )<br>)<br>   Defendant. )<br>)<br>_____ ) | No. CR-05-00349-VRW<br><br>[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

     This matter came on the calendar of the Honorable Vaughn R. Walker on October 4, 2005. At the parties' request, the Court continued the matter until October 18, 2005 at 10:30 a.m.

     The parties requested an exclusion of time under the Speedy Trial Act from October 4 through October 18, 2005 based upon the need for effective preparation of counsel. The government has provided discovery to the defense. The discovery is voluminous and will take time for counsel to review. Therefore, the parties are requesting an exclusion of time. The parties agree that the time from October 4 through October 18, 2005 should be excluded in computing the time within which trial shall commence. See 18 U.S.C. § 3161(h)(8)(A) and

ORDER EXCLUDING TIME
No. CR-05-00349-VRW

1  (B)(iv).

2      Accordingly, the Court HEREBY ORDERS that the time from October 4 through
3  October 18, 2005, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds
4  that the failure to grant the requested exclusion would deny the defendant reasonable time
5  necessary for effective preparation, taking into account the exercise of due diligence.  See 18
6  U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by granting the
7  requested exclusion outweigh the best interest of the public and the defendant in a speedy trial
8  and in the prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court
9  therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
10  SO ORDERED.

12  DATED:  _____
13          HONORABLE VAUGHN R WALKER
           CHIEF UNITED STATES DISTRICT JUDGE

15  Approved as to form:

17  /s/ Joshua Lerner
   JOSHUA LERNER, ESQ.
18  Attorney for Defendant

20  /s/ Monica Fernandez
   MONICA FERNANDEZ
21  Assistant United States Attorney