1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7065
7       FAX: (415) 436-7234
        E-mail: Monica.L.Fernandez@usdoj.gov
8
9  Attorneys for Plaintiff
10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15 UNITED STATES OF AMERICA,         )   No. CR-05-00349-VRW
                                     )
16       Plaintiff,                  )
                                     )   STIPULATION TO CONTINUE STATUS
17    v.                             )   CONFERENCE; [PROPOSED] ORDER
                                     )
18 JOHN KAROW, JR.,                  )   Date:  October 18, 2005
                                     )   Time:  10:30 a.m.
19       Defendant.                  )
                                     )
20 _____   )

21       The parties hereby stipulate as follows:

22       1.    This matter is currently calendared for a status conference on October 18, 2005 at

23 10:30 a.m.

24       2.    The parties are very close to reaching a resolution of this matter.  The parties

25 expect to submit a proposed plea agreement to the Court for the Court's consideration before

26 October 21, 2005.

27       3.    In order to save time and resources, the parties agree that the October 18

28 appearance should be continued to November 1, 2005 for change of plea.

No. CR-05-00349-VRW
STIP. CONT. STATUS CONF.; [PROP.] ORDER

 4. The parties are not requesting an exclusion of time under the Speedy Trial Act at this time. Submission of the proposed plea agreement will toll the Speedy Trial Act. See 18 U.S.C. Section 3161(h)(1)(I).

 IT IS SO STIPULATED.

DATED: October 18, 2005                KEVIN V. RYAN
                                       United States Attorney


                                        /s/ Monica Fernandez
                                       MONICA FERNANDEZ
                                       Assistant United States Attorney

DATED: October 17, 2005                 /s/ Joshua Lerner
                                       JOSHUA LERNER
                                       Counsel for Defendant


### ORDER

For good cause shown, the Court HEREBY ORDERS that this matter is continued until November 1, 2005 at 10:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: October ___, 2005               _____
                                       HONORABLE VAUGHN R WALKER
                                       CHIEF UNITED STATES DISTRICT JUDGE