1  Nanci Clarence, SBN 122286
   Joshua H. Lerner SBN 220755
2  CLARENCE & DYER LLP
   899 Ellis Street
3  San Francisco, CA 94109
   Telephone: (415) 749-1800
4  Facsimile:  (415) 749-1694

5  Attorneys for Defendant John Karow

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No.:  CR-05-00349 (VRW) |
|---|---|
| Plaintiff, | ) |
|  | ) **PARTIES' STIPULATION AND** |
| v. | ) ~~**PROPOSE**~~**D ORDER RE REQUEST** |
|  | ) **FOR CONTINUANCE OF** |
| JOHN KAROW, | ) **SENTENCING DATE** |
|  | ) |
| Defendant. | ) **SENTENCING DATE:** |
|  | ) **FEBRUARY 28, 2006 at 10:30 a.m.** |

The parties hereby request that the Sentencing Hearing, currently set for February 7, 2006 at 10:30 AM, be continued to a date convenient for the Court on or after February 28, 2006. The parties stipulate to the following:

1. Defendant plead guilty pursuant to a plea agreement submitted to the Court.
2. The parties are currently discussing a number of matters that are relevant to sentencing.  The parties believe the additional time is necessary to complete discussions and to provide any relevant information to the Probation Officer.

|   |   |
|---|---|
|   | Kevin V. Ryan<br>United States Attorney |
| Dated: January 12, 2006 | By: /s/: Monica Fernandez<br>Monica Fernandez<br>Assistant United States Attorney |
|   |   |
|   | CLARENCE & DYER LLP |
| Dated: January 12, 2006 | By: /s/: Joshua Lerner<br>Nanci L. Clarence<br>Joshua H. Lerner<br>Attorney for Defendant John Karow |

**ORDER**

Pursuant to the above stipulation of the parties, IT IS ORDERED that the hearing scheduled for February 7, 2006 shall be continued until Feb. 28, 2006.

Dated: January   , 2006

Dated: January 17, 2006

GRANTED
Judge Vaughn R Walker

C.J VAUGHN R WALKER

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
Case No.: CR 05-0349-01 VRW