Nanci Clarence, SBN 122286
Joshua H. Lerner SBN 220755
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile:  (415) 749-1694

Attorneys for Defendant John Karow

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  CR-05-00349 (VRW) |
| ) | |
| Plaintiff, ) | **REQUEST FOR ORDER PERMITTING TRAVEL;** |
| ) | **[PROPOSED] ORDER** |
| v. ) | |
| ) | [Local Crim. R. 8-1] |
| JOHN KAROW, ) | |
| ) | |
| Defendant. ) | |

Defendant John Karow, by and through undersigned counsel, hereby submits this request for an order permitting travel beyond the jurisdiction specified in his pretrial release order.  Mr. Karow requests permission to travel to Lompoc and Atwater on February 1st and 2nd.

Mr. Karow is not a flight risk, and he has been granted travel requests in the past.  Mr. Karow has provided the pretrial officer, Ms. Michelle Nero, with a detailed itinerary including address(es) and telephone(s) numbers where he will be staying.

///

///

///

///

///

Undersigned counsel has spoken with the government, AUSA Monica Fernandez, who does not object to the instant request.

Dated: January 26, 2006

                                                /s/: Nanci L. Clarence
Nanci L. Clarence
Joshua H. Lerner
Clarence & Dyer LLP
Attorneys for Defendant
John Karow

1 **[PROPOSED] ORDER**

2    Good cause having been shown, the Court hereby GRANTS defendant John Karow's
3 request to travel to Lompoc and Atwater on February 1-2, 2006, on the condition that Mr.
4 Karow provide the pretrial officer with a detailed itinerary including address(es) and telephone
5 number(s) where he will be staying.

6    **So ordered.**

8 Dated: January 30, 2006



_____
Court Judge

REQUEST FOR ORDER PERMITTING TRAVEL; [PROPOSED] ORDER
CASE NO.: CR-05-00349 VRW

3

**PROOF OF SERVICE**

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, CA 94109; I am employed in the City and County of San Francisco, California.

On January 26, 2006, I served a copy, with all exhibits, of the following document(s):

• REQUEST FOR ORDER PERMITTING TRAVEL; [PROPOSED] ORDER

To be served on the parties or attorneys in this action as follows:

___X__ **(BY FAX)** By use of facsimile machine telephone number (415) 749-1694, I served a copy of the above stated document(s) on the above stated parties. The facsimile machine I used to complied with the California Rules of Court, rule 2003 and no error was reported by the machine.

___X__ **(BY ELECTRONIC SERVICE)** I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing to the addressee(s) noted below.

| | |
|---|---|
| Monica Fernandez<br>Assistant United State Attorney<br>Northern District of California<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102<br>Email: Monica.L.Fernandez@usdoj.gov<br>Fax: (415) 436-7234 | Michelle Nero<br>U.S. Pretrial Services Officer<br>Fax: (415) 436-7517 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 26, 2006.

/s/: Abbie Chin
ABBIE CHIN

REQUEST FOR ORDER PERMITTING TRAVEL; [PROPOSED] ORDER
CASE NO.: CR-05-00349 VRW