1

2  Nanci Clarence, SBN 122286
   Joshua H. Lerner SBN 220755
3  CLARENCE & DYER LLP
   899 Ellis Street
   San Francisco, CA 94109
4  Telephone: (415) 749-1800
   Facsimile:  (415) 749-1694
5
   Attorneys for Defendant John Karow
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11

12  UNITED STATES OF AMERICA,          )    Case No.:   CR-05-00349 (VRW)
                                       )
13         Plaintiff,                  )    **REQUEST FOR ORDER
                                       )    PERMITTING TRAVEL;**
14  v.                                 )    ~~**[PROPOSED]**~~ **ORDER**
                                       )
15  JOHN KAROW,                        )    [Local Crim. R. 8-1]
                                       )
16         Defendant.                  )

17         Defendant John Karow, by and through undersigned counsel, hereby submits this

18  request for an order permitting travel beyond the jurisdiction specified in his pretrial release

19  order.  Mr. Karow requests permission to travel to Truckee, California on February 20, 2006.

20  Mr. Karow will return home the next day.

21         Mr. Karow is not a flight risk, and he has been granted travel requests in the past.  Mr.

22  Karow has provided the pretrial officer, Ms. Michelle Nero, with a detailed itinerary including

23  address(es) and telephone(s) numbers where he will be staying.

24  ///

25  ///

26  ///

27  ///

28  ///

1

2

3        Undersigned counsel has spoken with the government, AUSA Monica Fernandez, who

4    does not object to the instant request.

5

6    Dated: February 10, 2006

7                                                    Nanci L. Clarence
                                                     Joshua H. Lerner
8                                                    Clarence & Dyer LLP
                                                     Attorneys for Defendant
9                                                    John Karow

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR ORDER PERMITTING TRAVEL; [PROPOSED] ORDER
CASE NO.: CR-05-00349 VRW

1      **[PROPOSED] ORDER**

2          Good cause having been shown,  the Court hereby GRANTS defendant John Karow's

3      request for an order permitting travel to Truckee, California on February 20, on the condition

4      that Mr. Karow provide the pretrial officer with a detailed itinerary including address(es) and

5      telephone number(s) where he will be staying.

6          **So ordered.**

7

8      Dated:  _February 15, 2006_____



9                                                                                      ___ Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR ORDER PERMITTING TRAVEL; [PROPOSED] ORDER
CASE NO.: CR-05-00349 VRW

3

1

**PROOF OF SERVICE**

2

I, Abbie Chin, declare as follows:

3

I am over eighteen years of age and not a party to the within action; my business address is 899
Ellis Street, San Francisco, CA 94109; I am employed in the City and County of San Francisco,
California.

4

5

On February 10, 2006, I served a copy, with all exhibits, of the following document(s):

6

• REQUEST FOR ORDER PERMITTING TRAVEL; [PROPOSED] ORDER

7

To be served on the parties or attorneys in this action as follows:

8

9

___X__ **(BY FAX)** By use of facsimile machine telephone number (415) 749-1694, I served a
copy of the above stated document(s) on the above stated parties.  The facsimile machine I used
to complied with the California Rules of Court, rule 2003 and no error was reported by the
machine.

10

11

12

___X___ **(BY ELECTRONIC SERVICE)** I caused an electronic delivery subject to 28 U.S.C ¶1746,
Local Rules or General Orders of this Court regarding Electronic Case Filing to the addressee(s) noted
below.

13

14

15

Monica Fernandez
Assistant United State Attorney
Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Email: Monica.L.Fernandez@usdoj.gov
Fax: (415) 436-7234

Michelle Nero
U.S. Pretrial Services Officer
Fax: (415) 436-7517

16

17

18

19

20

I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct and that this declaration was executed on February 10, 2006.

21

22

_____/s/: Abbie Chin_____
ABBIE CHIN

23

24

25

26

27

28

REQUEST FOR ORDER PERMITTING TRAVEL; [PROPOSED] ORDER
CASE NO.: CR-05-00349 VRW