Nanci Clarence, SBN 122286
Joshua H. Lerner SBN 220755
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

Attorneys for Defendant John Karow

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN KAROW,<br><br>　　　　Defendant. | Case No.:  CR-05-00349 (VRW)<br><br>**PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER RE MODIFICATION OF PRETRIAL MINUTES** |

The parties hereby agree and request that the Court's February 28, 2006 written Order be amended to reflect the following:

1. At the sentencing hearing in this matter, the Court recommended that Mr. Karow be placed *in the camp* at Lompoc.

2. The Court's February 28, 2006 written Order recommends that Mr. Karow be placed in Lompoc, but does not recommend that he be placed in the camp at Lompoc.

3. The parties agree and respectfully request that the written order be amended to reflect the Court's oral order.

|   |   |
|---|---|
|   | Kevin V. Ryan<br>United States Attorney |
| Dated: March 8, 2006 | By: /s/: Monica Fernandez<br>Monica Fernandez<br>Assistant United States Attorney |
| Dated: March 7, 2006 | CLARENCE & DYER LLP<br>By: /s/: Joshua Lerner<br>Nanci L. Clarence<br>Joshua H. Lerner<br>Attorney for Defendant John Karow |

### ORDER

Pursuant to the above stipulation of the parties, IT IS ORDERED that the Court's February 28, 2006 Order is amended to state the following: "Sentencing recommendation: the defendant be placed in the camp at Lompoc."

Dated: March __14__ , 2006

IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA