Nanci Clarence, SBN 122286
Joshua H. Lerner SBN 220755
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694

Attorneys for Defendant John Karow

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN KAROW,<br><br>    Defendant. | Case No.: CR-05-00349 (VRW)<br><br>**PARTIES' STIPULATION AND <s>PROPOSED</s> ORDER RE SOCIAL SECURITY AND MEDICARE BENEFITS** |

The parties hereby agree to the following and request that the Court order that Defendant John Karow not be denied Social Security and/or Medicare benefits when he is incarcerated:

1. The parties understand that under normal procedures, while incarcerated, Mr. Karow would not receive Social Security benefits and he could be un-enrolled from Medicare.

2. The parties agree that denial of Social Security benefits and un-enrollment from Medicare would work a significant hardship on Mr. Karow and any of his beneficiaries. Among other things, Mr. Karow would have to re-enroll with Medicare with the possibility of significantly higher payments or past-due premiums.

3. The parties agree that due to Mr. Karow's age, as well as the age of his wife,

and the substantial length of his sentence, it would be inequitable to deny Mr. Karow his Social Security or Medicare benefits.  Accordingly, the parties respectfully request that the Court order that Mr. Karow not be denied Social Security benefits, and that Mr. Karow not be un-enrolled from Medicare, during his incarceration.

4. Undersigned counsel has spoken with the Probation Officer assigned to this case, Lynne Richards, who has no objection whatsoever to the order requested herein.

Kevin V. Ryan
United States Attorney

Dated: 3/23/ 2006

By: /s/: Monica Fernandez
Monica Fernandez
Assistant United States Attorney

CLARENCE & DYER LLP

Dated: 3/23/2006

By: /s/: Nanci Clarence
Nanci L. Clarence
Joshua H. Lerner
Attorney for Defendant John Karow

**ORDER**

Pursuant to the above stipulation of the parties, IT IS ORDERED that Defendant John Karow not be denied Social Security benefits, and that he not be un-enrolled from Medicare, while he is incarcerated.

Dated:   March 24    , 2006

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO AMEND ORDER
Case No.: CR 05-0349-01 VRW