Nanci Clarence, SBN 122286
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694
Email: nclarence@clarencedyer.com

Attorneys for Defendant John Karow

RECEIVED
06 APR 26 PM 2: 01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-05-00349 (VRW) |
| Plaintiff, | **STATUS REPORT RE SURRENDER OF DEFENDANT TO BUREAU OF PRISON; [PROPOSED] ORDER EXONERATING BOND** |
| v. | |
| JOHN KAROW, | |
| Defendant. | |

Undersigned Counsel hereby submits that John Karow surrendered to the Federal Correction Institution at Lompoc, California to serve the sentence imposed by the Court.

Defendant now respectfully requests exoneration of his bail, including his U.S. passport which was tendered to the Court pursuant to the pretrial release order in this matter.

Dated: April 25, 2006

Respectfully Submitted,

By: _____
Nanci L. Clarence
CLARENCE & DYER LLP
Counsel for Defendant John Karow

**IT IS SO ORDERED:**

Dated:      By: _____
C.J. VAUGHN R. WALKER
U.S. DISTRICT JUDGE

**PROOF OF SERVICE**

I, Abbie Chin, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, CA 94109; I am employed in the City and County of San Francisco, California.

On April 26, 2006, I served a copy, with all exhibits, of the following document(s):

- STATUS REPORT RE SURRENDER OF DEFENDANT TO BUREAU OF PRISON: [PROPOSED] ORDER EXONERATING BOND

To be served on the parties or attorneys in this action as follows:

__X__ **(BY FAX)** By use of facsimile machine telephone number (415) 749-1694, I served a copy of the above stated document(s) on the above stated parties. The facsimile machine I used to complied with the California Rules of Court, rule 2003 and no error was reported by the machine.

_____ **(BY ELECTRONIC SERVICE)** I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing to the addressee(s) noted below.

Monica Fernandez
Assistant United State Attorney
Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Email: Monica.L.Fernandez@usdoj.gov
Fax: (415) 436-7234

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 26, 2006.

_____
ABBIE CHIN