LAUREL HEADLEY (CA SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
John Karow

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-05-349-VRW (EMC) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL |
| vs. | |
| JOHN KAROW, | |
| Defendant. | |

**BACKGROUND**

On September 20, 2013, Defendant John Karow was sentenced to five months imprisonment pursuant to a violation of supervised release and ordered to surrender to the Bureau of Prisons by 2:00 p.m. on November 18, 2013. He has been on electronic detention pending his surrender. Mr. Karow has been informed by his pre-trial services officer, Anthony Granados, that he has been designated to FCI-Lompoc to serve his sentence.

Mr. Karrow would like to depart for FCI-Lompoc one day before his surrender date in order to spend the evening of November 17th with his daughter at her home in Camarillo, California. Mr. Karow's son will drive Mr. Karow to Camarillo and then to FCI-Lompoc. Mr. Karow has already provided his itinerary to PTSO, Anthony Granados.

Therefore, Mr. Karrow seeks permission from the Court to be released from electronic detention no later than 10:00 a.m. on November 17, 2013 in order to travel to Camarillo, California and spend the night at his daughter's home before surrendering to prison the

following day.

## STIPULATION

Based on the above, **IT IS HEREBY STIPULATED** that Defendant John Karow may be released from electronic detention no later than 10:00 a.m. on November 17, 2013 in order to travel to and spend the night at his daughter's house in Camarillo, California, with the understanding that the previous order that he surrender to the custody of the Bureau of Prisons no later than November 18, 2013 at 2:00 p.m. remains in effect.

DATED: November 12, 2013 _____/S/_____
ADAM WRIGHT
Assistant U.S. Attorney

DATED: November 12, 2013 _____/S/_____
LAUREL HEADLEY
Attorney for Defendant John Karow

**ORDER**

**IT IS SO ORDERED.**
DATED: November 14, 2013

THE HONORABLE EDWARD M. CHEN
JUDGE OF THE U.S. DISTRICT COURT

2