LAUREL L. HEADLEY (CA SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA  94710
Phone:  510.845.3000
Fax:  510.845.3003
Email:  headley@achlaw.com

Attorneys for Defendant
John Karow

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN KAROW,<br><br>    Defendant | Case No.: CR-05-349-VRW (WHO)<br><br>STIPULATION AND ORDER CONTINUING SUPERVISED RELEASE HEARING |

## BACKGROUND

On April 27, 2015, a petition was filed alleging Mr. Karow violated the terms of his supervised release.  (Dkt. 80.) On June 18, 2015 the Court set the matter for hearing on August 6, 2015 at 1:30 p.m.  Counsel for Mr. Karow has engaged a psychologist to assist in evaluating this matter, with an expectation that this input will be useful to both the parties' negotiations and to Mr. Karow in his recommendations to the Court.  Counsel for Mr. Karow requests additional time to finalize this assessment and have further discussions with the government.

AUSA Adam Wright has no objection to this request, and both he and USPO Jennifer Hutchings are available on September 17, 2015 at 1:30 p.m.

///

*STIPULATION AND [PROPOSED] ORDER CONTINUING SUPERVISED RELEASE HEARING* - 1

**STIPULATION**

Based on the above, **IT IS HEREBY STIPULATED** that Defendant John Karow's supervised release hearing may be continued from August 6, 2015 to September 17, 2015 at 1:30 p.m.

DATED: July 23, 2015

_____/s/_____
ADAM WRIGHT
Assistant U.S. Attorney

DATED: July 23, 2015

_____/s/_____
LAUREL HEADLEY
Attorney for Defendant John Karow

_____

**ORDER**

**IT IS SO ORDERED.**

DATED: July 23, 2015

_____
THE HONORABLE WILLIAM H. ORRICK
JUDGE OF THE U.S. DISTRICT COURT